IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KEVIN A. BROOKS, JACQUELINE   )
PAUL, and KELLY NESS,         )
                              )
          Plaintiffs,         )         8:07CV210
                              )
     v.                       )
                              )
KRISTINA N. TEGETHOFF,        )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiffs' motion to dismiss (Filing No. 3). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; this action is dismissed without prejudice.

DATED this 1st day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court